# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER DENYING SECOND** |
| Plaintiff, ) | **MOTION TO AMEND CONDITIONS** |
| ) | **OF PRE-TRIAL RELEASE** |
| vs. ) | |
| ) | |
| Jesse Marcus Berger, ) | Case No.: 1:19-cr-15 |
| ) | |
| Defendant. ) | |

Defendant is currently detained pending residential facility placement. (Doc. No. 52). His previous request for release to Hope Manor was denied on April 2, 2020. (Doc. No. 86). He now repeats his request to be released to Hope Manor. (Doc. No. 89).

As previously expressed by this Court, defendant's past behavior leads the Court to seriously doubt his interest in complying with the law and committing to treatment. But even setting aside these concerns, Hope Manor is not an appropriate facility. While it appears to provide some services such as random testing and support groups, it does not provide the structure and support of an approved inpatient residential treatment center or halfway house placement, as required by the court under these circumstances. Available information shows Hope Manor is not the right option for this defendant. In short, nothing has changed since denial of defendant's previous motion. As such, his request (Doc. No. 89) is **DENIED**.

**IT IS SO ORDERED**.

Dated this 12th day of May, 2020.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter
> United States Magistrate Judge